1034

[No. 53731-8-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIO ENRIQUE GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-00659-7, Richard A. Jones, J., entered February 3, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, A.C.J., concurred in by Coleman and Becker, JJ.

[No. 53735-1-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDDIE LEE KIBBY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-07122-2, Cheryl B. Carey, J., entered January 16, 2004. *Reversed* by unpublished per curiam opinion; Agid, J., dissenting.

[No. 53753-9-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD J. KING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-04225-2, James D. Cayce, J., entered January 15, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 54332-6-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID RICHARD SCOTT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00362-2, David A. Nichols, J., entered May 5, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.